

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2019

No. 04-19-00078-CV

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
Appellant

v.

Leslie Wayne **RATLIFF** and Shannon Ratliff,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

On February 28, 2019, this court ordered the court reporter to file the reporter's record within thirty (30) days of the date appellant filed proof of payment of the reporter's fee. We advised the court reporter that further requests for extension of time to file the reporter's record would be disfavored. Appellant filed proof of payment on March 11, 2019, making the reporter's record due by April 10, 2019. On April 15, 2019, the court reporter filed a notice of late record requesting until April 22, 2019 to file the reporter's record. The request is GRANTED. It is therefore ORDERED that the reporter's record is due by no later than April 22, 2019. **No further requests for extension of time to file the reporter's record will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court